

# United States District Court
# Eastern District of California

| Mario Rodriguez Rodriguez |
| --- |

Plaintiff(s)

V.

| Warden of Mesa Verde Detention Center, et al |
| --- |

Defendant(s)

Case Number:  **1:26-cv-03222-DC-JDP**

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jason Scott Camilo, Esq. hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Mario Rodriguez Rodriguez

On _____ May 2, 2005 _____ (date), I was admitted to practice and presently in good standing in the _____ U.S. District Court of New Jersey _____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: _____ 05/03/2026 _____          Signature of Applicant: /s/ *Jason Scott Camilo* _____

**Pro Hac Vice Attorney**

Applicant's Name: Jason Scott Camilo, Esq.

Law Firm Name: Law Office of Jason Scott Camilo, LLC

Address: 409 Joyce Kilmer Avenue

Suite 211

City: New Brunswick    State: NJ    Zip: 08901

Phone Number w/Area Code: 732-640-0606

City and State of Residence: Princeton, New Jersey

Primary E-mail Address: jcamiloesq@gmail.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Connie Chan

Law Firm Name: Connie Chan & Associates, P.C.

Address: 405 Sansome Street,

2nd Floor

City: San Francisco    State: CA    Zip: 94111

Phone Number w/Area Code: 415-264-3991    Bar # 235868

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 6, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE